THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GARY ADKISON, LANITA ADKISON, BRITTANY KING, Individually and as Heir of the Estate of RYAN KING, and as next friend for B.S.K. and B.A.K., Minors, And Heirs of the Estate of RYAN KING, and HOLLY ADKISON CRAYCRAFT, as next friend for K.G.A., a Minor and Heir of the Estate of BRYSON ADKISON,<br><br>　　　Plaintiffs,<br><br>v.<br><br>POLARIS INDUSTRIES, INC. ("Polaris Industries"), POLARIS INDUSTRIES, INC. ("Polaris of Delaware"), POLARIS SALES, INC. ("Polaris Sales"),<br><br>　　　Defendants. | §§§§§§§§§§§§§§§§§§ | Case No. 3:18-cv-02014-M<br><br>Jury Trial Requested |

## DEFENDANTS' LIMITED OBJECTION TO GUARDIANS AD LITEM'S FIRST AMENDED REPORTS AND RECCOMENDATIONS

Defendants Polaris Industries Inc. and Polaris Sales, Inc. (collectively "Polaris"), by and through their counsel of record, hereby file a narrow objection to the December 6, 2021 and December 7, 2021 First Amended Guardian Ad Litem Reports ("Amended Reports") submitted to the Court limited solely to the recommended allocation of all costs and fees of the Guardians Ad Litem to Polaris.

### INTRODUCTION

The Guardians Ad Litem ("GALs") appointed in this case have both filed Amended Reports seeking additional fees for themselves and for attorneys retained by them to prepare trust documents for certain of the minor Plaintiffs. These additional fees were only incurred because

1

the mother of two of the minor Plaintiffs, B.A.K. and B.S.K., rejected the structured settlement originally recommended by the GAL and instead requested that her children's settlement proceeds be placed in trust. The GALs submitted their original reports on October 27, 2021, Polaris filed its Limited Objection to the GALs' original Reports on November 3, 2021, and the matter was set for hearing on November 10, 2021. Due to the last-minute objection lodged by B.A.K. and B.S.K.'s mother, on November 8, 2021, Plaintiffs moved to continue the November 10, 2021 hearing to December 16, 2021 so that the Plaintiffs could prepare the required trust documents for the trust requested by B.A.K. and B.S.K.'s mother. The GALs incurred approximately $21,000 in additional fees and expenses between the filing of their original Reports on October 27, 2021 and the filing of their Amended Reports on December 6 and 7, 2021. Polaris certainly should not be forced to pay the additional approximately $21,000 in GAL fees and expenses incurred because B.A.K. and B.S.K.'s mother objected to the structured settlement proposed by the GAL.

## DISCUSSION

On October 27, 2021, the GALs submitted their confidential Reports to the Court. Both GALs found:

- the aggregate settlement amount to be fair and reasonable;
- the allocation of the settlement proceeds equally among the four Plaintiffs to be fair and reasonable;
- that Plaintiffs' counsel should be awarded a 37% attorney's fee out of each Plaintiff's recovery;
- that Plaintiffs' counsel's expenses should be reimbursed to Plaintiffs' counsel out of each Plaintiff's recovery;
- ***that the minors' settlement proceeds be used to purchase annuities to allow for tax-free growth and the payment of college expenses***; and
- that Polaris should be ordered to pay the GALs' fees and expenses.

Polaris had no objection to any of the recommendations in the original GAL Reports other than the proposal that Polaris pay the GALs' fees and expenses. On November 3, 2021, Polaris filed a Limited Objection to Guardian ad Litem's Reports and Recommendations because, based on the discussions of counsel for the parties at the time of the settlement and as memorialized in Paragraph 8(c) of the Settlement Agreement, Polaris understood that it was obligated to pay the one-time lump-sum settlement payment and nothing more. (Dkt. 169.) The matter was set for hearing on November 10, 2021. (Dkt. 163.)

Thereafter, Polaris learned that B.A.K. and B.S.K.'s mother objected to the structured settlement proposed by GAL Faith Bruner and instead wanted her children's settlement proceeds placed in trust. In order to work through these issues, on November 8, 2021, Plaintiffs filed an Unopposed Motion for Continuance of Hearing Regarding Settlement Involving Minor Plaintiffs. (Dkt. 170.) Absent the objection raised by B.A.K. and B.S.K.'s mother, the parties would have been ready to proceed with the hearing on November 10, 2021.

Polaris has no objection to B.A.K. and B.S.K.'s settlement proceeds being placed in trust and understands that B.A.K. and B.S.K.'s mother was seeking better investment returns for her children and greater flexibility relating to access to the settlement proceeds. Polaris's only objection is being forced to pay for the additional fees incurred to accomplish this.

When the original GAL Reports were filed Ms. Bruner was seeking $18,068.70 in fees and Ms. Ginsburg Guerrero was seeking $11,970.00 in fees, for a total of $30,038.70. In the Amended Reports, Ms. Bruner is seeking $31,245.20 in fees and expenses and Ms. Ginsburg Guerrero is seeking $19,811.00 in fees, for a total of $51,056.20. Thus, the GAL fees and expenses have increased by $21,017.50 as a result of B.A.K. and B.S.K.'s mother's desire to have greater investment returns and greater access to the settlement proceeds. While Polaris does not have any

objection to B.A.K. and B.S.K.'s settlement proceeds being placed in trust, Polaris does object to being forced to pay the GAL fees associated with this change in how the settlement funds will be invested for B.A.K. and B.S.K.

## CONCLUSION

For the reasons set forth above, Defendants ask this Honorable Court to Order the Plaintiffs to pay the reasonable and necessary fees and expenses of the Guardians Ad Litem, and for such other and further relief as this Court finds just.

Date: December 13, 2021

Respectfully submitted,

_/s/ Dawn M. Beery_
SCOTT A. MCMILLIN
DAWN M. BEERY
*(Admitted Pro Hac Vice)*
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949
smcmillin@beneschlaw.com
dbeery@beneschlaw.com


JOHNATHAN B. SKIDMORE
KATHERINE P. LETT
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-2784
Telephone: (214) 855-8000
jon.skidmore@nortonrosefulbright.com
katherine.lett@nortonrosefulbright.com

*Attorneys for Polaris Industries Inc. and Polaris Sales, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 13th day of December, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to each counsel of record. To the extent any such counsel is not registered for such electronic delivery, the foregoing document will be served in accordance with the Federal Rules of Civil Procedure.

                                                    */s/ Dawn M. Beery*
                                                    Dawn M. Beery